In the Matter of the Final Accounting of the Executors of CHARLES J. HAYDEN, Deceased.

(Argued February 5, 1891; decided February 24, 1891.)

CROSS-APPEALS from order of the General Term of the Supreme Court in the fourth judicial department, made October 1, 1889, which modified and affirmed as modified a decree of the surrogate of Monroe county, in the matter above entitled.

*Marsenus H. Briggs* for Charles A. Hayden et al., executors, etc., appellants and respondents.

*William H. Shepard* and *James W. Osborne* for Jonas P. Varnum, administrator, and Ella L. Williams.

*George F. Yeoman* for guardian *ad litem*.

Agree to affirm on opinion of BARKER, J., below.
All concur.
Judgment affirmed.